Case 4:16-cr-00275-JM   Document 3   Filed 12/07/16   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC -7 2016

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 4:16-CR 00275 JM |
| ) | |
| CORNELIUS COLEMAN ) | 18 U.S.C. § 922(g)(1) |
| a/k/a "Cornbread" ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

A. That prior to May 22, 2016, in the Eastern District of Arkansas, defendant,

CORNELIUS COLEMAN

had previously been convicted as follows:

(1) Docket Number CR 2006-1870, in the Circuit Court of Pulaski County, Arkansas, of Kidnapping;

(2) Docket Number CR 2007-1755, in the Circuit Court of Pulaski County, Arkansas, of Possession of Controlled Substances with Intent to Deliver;

(3) Docket Number CR 2013-3461, in the Circuit Court of Pulaski County, Arkansas, of Possession of Controlled Substances with Intent to Deliver; and

(4) Docket Number CR 2014-2056, in the Circuit Court of Pulaski County, Arkansas, of Possession of Controlled Substances with Intent to Deliver.

B. That each of the crimes set forth in paragraph A was punishable by a term of imprisonment exceeding one year.

C. That on May 22, 2016, in the Eastern District of Arkansas, defendant,

CORNELIUS COLEMAN,

did knowingly possess, in and affecting commerce, one Springfield Armory .45 caliber pistol, serial number XS687782.

All in violation of Title 18, United States Code, Section 922(g)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)